**NOT FOR PUBLICATION**

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 23-13639

Non-Argument Calendar

————————————

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

CELESTINO FLOREZ POTES,

*Defendant- Appellant.*

————————————

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:21-cr-00258-KKM-JSS-2

————————————

Before ABUDU, KIDD, and ANDERSON, Circuit Judges.

PER CURIAM:

Thomas A. Burns, appointed counsel for Celestino Florez Potes in this appeal, has moved to withdraw from further represen-

2                    Opinion of the Court                    23-13639

tation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Florez Potes's conviction and sentence are **AFFIRMED**.